JOYCE A. JOLLEY, Appellant, *v.*
LEE A. JOLLEY, Respondent.

No. 8168

May 25, 1976             549 P.2d 1407

*Claiborne, Brown and Quintana,* of Las Vegas, for Appellant.

*Myron E. Leavitt,* of Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

The district court entered judgment dissolving the parties' marriage and distributing the community property. Appeal is

[2]Compare Turner v. Saka, 90 Nev. 54, 518 P.2d 608 (1974).

taken from, inter alia, the property distribution. Since the division thereof essentially was equal, we perceive no abuse of discretion. NRS 125.150; Fox v. Fox, 81 Nev. 186, 196, 401 P.2d 53 (1965); Weeks v. Weeks, 75 Nev. 411, 415, 345 P.2d 228 (1959).

Additional grounds of appeal are without merit.

Affirmed.